EXHIBIT 2

## Gregory O. Cox, Esq.

| | |
|---|---|
| **From:** | Tom Kollin <kollin@kollinfirm.com> |
| **Sent:** | Sunday, December 28, 2014 6:15 PM |
| **To:** | cox@kollinfirm.com |
| **Subject:** | Fwd: Your Messages From ComSol |

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: appletreeoh@myappletree.net
Date:12/28/2014 8:30 AM (GMT-05:00)
To: Kollin@KollinFirm.com
Subject: Your Messages From ComSol

==========0000003090================
Sun 28-Dec-14 08:30a
====================================
HOLD FOR RECAP
Regarding:| OFFICE |
Name:| Yousef Faroniya |
Phone:| (614) 961-6606 |
Memo:| Your Client Cynthia Beatty,
Needs Your Email Address. I Could Not
Call You, I Was Out of the Country |

_____
.   Caller ID: 9374904660
Caller ID Name:

-------------------------------------
Message History  Account: 3090
Taken:  Sat 27-Dec-2014  1:50p LB
Serial#: 1
==========0000003090================

EXHIBIT 2